IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


MELVIN PEREZ,

      Petitioner,

v.                                                                    CASE NO. 1:08-cv-45-MMP-AK

WALTER A. MCNEIL,

      Respondent.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 9, Respondent's Motion for Extension of Time to File Response.  Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.  Respondent shall file his response no later than **August 11, 2008**.

Petitioner may file a reply no later than **September 11, 2008.**

    **DONE AND ORDERED** this __*15th*__ day of July, 2008.


               *s/ A. KORNBLUM*_____
               **ALLAN KORNBLUM**
               **UNITED STATES MAGISTRATE JUDGE**